UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    v.

MARC S. DREIER,

            Defendant.

08 Civ. 10617 (MGC)

ECF CASE

---

### DECLARATION IN SUPPORT OF RECEIVER AND RECEIVER'S COUNSEL'S APPLICATION FOR AUTHORIZATION FOR THE PAYMENT OF FEES AND EXPENSES INCURRED DURING THE PERIOD OF THE RECEIVERSHIP

       I, Roberto Finzi, declare pursuant to 28 U.S.C. § 1746, as follows:

       1.     I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for the Receiver, Mark F. Pomerantz, in this action. I submit this Declaration in support of our Application for Authorization for the Payment of Fees and Expenses Incurred During the Period of the Receivership.

       2.     Attached as Exhibit A is a true and correct list of invoices for professional services billed to the Receiver and his counsel over the course of the Receivership.

       3.     Attached as Exhibit B is a true and correct copy of billing detail for the Receiver and his Counsel through March 4, 2009.

       4.     Attached as Exhibit C is a chart which describes the work performed by the Receiver and his counsel, as broken down by hours into the thirteen categories requested by the Securities and Exchange Commission ("SEC").

       5.     Attached as Exhibit D is a list of the rates billed for services performed by the Receiver and his counsel.

6. Attached as Exhibit E are two charts describing the amount of fees and expenses billed by the Receiver and his counsel, as broken down by hours into the thirteen categories requested by the SEC.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2009
New York, New York

_____
Roberto Finzi