```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :
          -v-                         :    09 Cr. 085 (JSR)
                                      :
MARC DREIER,                          :
                                      :
               Defendant.             :
------------------------------------- x

------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
               Plaintiff,             :
                                      :
          -v-                         :    08 Civ. 10617 (MGC)
                                      :
MARC DREIER,                          :
                                      :
               Defendant.             :
------------------------------------- x
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re                                 :
                                      :
DREIER LLP,                           :    Case No. 08-15051 (SMB)
                                      :
               Debtor.                :
------------------------------------- x

------------------------------------- x
In re                                 :
                                      :
MARC S. DREIER,                       :    Case No. 09-10371 (SMB)
                                      :
               Debtor.                :    JOINT ORDER
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.4.09

JED S. RAKOFF, U.S. DISTRICT JUDGE
MIRIAM GOLDMAN CEDARBAUM, SENIOR U.S. DISTRICT JUDGE
STUART M. BERNSTEIN, CHIEF U.S. BANKRUPTCY JUDGE

     At the joint hearing in these matters on April 22, 2009, the Government indicated that it would attempt to arrive at a global resolution of outstanding bankruptcy and forfeiture issues within a

period of weeks.  By letter dated May 1, the Government indicated that "additional information" was needed before a final resolution was possible.  By Order dated May 4, the undersigned expressed their concern with this pace and directed the parties to submit letters indicating what additional information was necessary and why it could not be provided more promptly.  On May 7, the parties submitted a joint letter referencing certain outstanding issues and promising to update the Courts on progress toward a global resolution.  By letter dated July 31, the parties reported pending settlement negotiations and expressed hope that a resolution would be reached within 60 days.

It has become apparent to all three Judges presiding over these related cases that these matters need to be addressed much more expeditiously.  Accordingly, all affected parties are directed to attend an in-court hearing on January 12, 2010 at 4:00 p.m. in Courtroom 14B at 500 Pearl Street, New York, NY.  The Clerk of the District Court and the Clerk of the Bankruptcy Court are each directed to docket this Order, and the Government is directed to send a copy of the same to all parties that may be affected.

SO ORDERED.

JED S. RAKOFF,<br>
U.S. DISTRICT JUDGE<br>
(on behalf of all three Judges)

Dated: New York, New York
       December 4, 2009